# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: KEELE, SHIRLEY A.                §   Case No. 09-15864
                                        §
                                        §
                                        §
Debtor(s)                               §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 11/12/2010 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 North Ottawa Street
Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/13/2010        By: /s/BRADLEY J. WALLER
                                   Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**UST Form 101-7-NFR (9/1/2009)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: KEELE, SHIRLEY A. § Case No. 09-15864
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 5,003.16 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 5,003.16 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                                 *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | BRADLEY J. WALLER | $ 1,250.32 | $ 90.00 |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                              *Fees*                     *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 41,487.46 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.8 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | DISCOVER BANK | $ 3,347.05 | $ 295.50 |
| 2 | CHASE BANK USA | $ 13,186.90 | $ 1,164.24 |
| 3 | PYOD LLC its successors - Citibank | $ 3,554.13 | $ 313.79 |
| 4 | PYOD LLC its successors - Citibank | $ 6,070.99 | $ 535.99 |
| 5 | PYOD LLC its successors - Citibank | $ 2,128.96 | $ 187.96 |
| 6 | PYOD LLC its successors - Citibank | $ 1,167.20 | $ 103.05 |
| 7 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 4,288.00 | $ 378.58 |
| 8 | U.S. Bank N.A. | $ 6,963.09 | $ 614.76 |
| 9 | NCO PORTFOLIO MANAGEMENT | $ 781.14 | $ 68.97 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number  Claimant*                                        *Allowed Amt. of Claim   Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number  Claimant*                                        *Allowed Amt. of Claim   Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

Prepared By: /s/BRADLEY J. WALLER
Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: dpruitt              Page 1 of 1               Date Rcvd: Aug 25, 2009
Case: 09-15864                Form ID: b18              Total Noticed: 19
```

```
The following entities were noticed by first class mail on Aug 27, 2009.
db           +Shirley A. Keele,    425 W. Walnut Street,    Apt. 20,    Oglesby, IL 61348-1490
aty          +Raymond R. Nolasco,    3815 Progress Blvd., Suite A,    Peru, IL 61354-1188
tr           +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
               Sycamore, IL 60178-3140
13861724     +AT&T Corp c/o National Recovery Agy,    PO Box 67015,    Harrisburg, PA 17106-7015
13861730     +Citi Card,    PO Box 142319,    Irving, TX 75014-2319
13861731     +Citi Diamond Preferred Rewards Card,    Box 6000,    The Lakes, NV 89163-0001
13861732     +Citi Dividend Platinum Select,    Box 6000,    The Lakes, NV 89163-0001
14197293     +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
13861737     +Shell Card Center,    PO Box 689151,    Des Moines, IA 50368-9151
13861738    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:   US Bank,     Cardmember Services,    PO Box 6352,    Fargo, ND 58125)
The following entities were noticed by electronic transmission on Aug 26, 2009.
13861725     +EDI: BANKAMER.COM Aug 25 2009 22:43:00       Bank of America,    PO Box 15026,
               Wilmington, DE 19850-5026
14176325     +EDI: CHASE.COM Aug 25 2009 22:53:00       CHASE BANK USA,    PO BOX 15145,
               WILMINGTON, DE 19850-5145
13861728     +EDI: CAPITALONE.COM Aug 25 2009 22:48:00       Capital One,    PO Box 30285,
               Salt Lake City, UT 84130-0285
13861726     +EDI: CAPITALONE.COM Aug 25 2009 22:48:00       Capital One,    PO Box 5155,
               Norcross, GA 30091-5155
13861729     +EDI: CHASE.COM Aug 25 2009 22:53:00       Chase,    PO Box 15298,    Wilmington, DE 19850-5298
14138298      EDI: DISCOVER.COM Aug 25 2009 22:43:00       DISCOVER BANK,    DFS Services LLC,    PO Box 3025,
               New Albany, Ohio 43054-3025
13861735      EDI: DISCOVER.COM Aug 25 2009 22:43:00       Discover Card,    PO Box 15192,    Wilmington, DE 19850
13861734     +EDI: HFC.COM Aug 25 2009 22:43:00       Direct Merchants Bank,    Cardmember Service Center,
               PO Box 5251,    Carol Stream, IL 60197-5251
13861736     +EDI: HFC.COM Aug 25 2009 22:43:00       GM Card - HSBC Card Services,    PO Box 37281,
               Baltimore, MD 21297-3281
13861738      EDI: USBANKARS.COM Aug 25 2009 22:49:00       US Bank,    Cardmember Services,    PO Box 6352,
               Fargo, ND 58125
                                                                                               TOTAL: 10
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13861727*    +Capital One,    PO Box 5155,    Norcross, GA 30091-5155
13861733*    +Citi Dividend Platinum Select,    Box 6000,    The Lakes, NV 89163-0001
                                                                                               TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 27, 2009            Signature:    *Joseph Speetjens*

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: rmarola              Page 1 of 1                  Date Rcvd: Oct 19, 2010
Case: 09-15864                Form ID: pdf006            Total Noticed: 22

The following entities were noticed by first class mail on Oct 21, 2010.
db           +Shirley A. Keele,    425 W. Walnut Street,    Apt. 20,   Oglesby, IL 61348-1490
aty          +Raymond R. Nolasco,    3815 Progress Blvd., Suite A,    Peru, IL 61354-1188
tr           +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
               Sycamore, IL 60178-3140
13861724     +AT&T Corp c/o National Recovery Agy,    PO Box 67015,   Harrisburg, PA 17106-7015
13861725     +Bank of America,    PO Box 15026,   Wilmington, DE 19850-5026
14176325     +CHASE BANK USA,    PO BOX 15145,    WILMINGTON, DE 19850-5145
13861728     +Capital One,   PO Box 30285,    Salt Lake City, UT 84130-0285
13861726     +Capital One,   PO Box 5155,    Norcross, GA 30091-5155
13861729     +Chase,   PO Box 15298,    Wilmington, DE 19850-5298
13861730     +Citi Card,    PO Box 142319,    Irving, TX 75014-2319
13861731     +Citi Diamond Preferred Rewards Card,    Box 6000,   The Lakes, NV 89163-0001
13861732     +Citi Dividend Platinum Select,    Box 6000,   The Lakes, NV 89163-0001
13861734     +Direct Merchants Bank,    Cardmember Service Center,   PO Box 5251,   Carol Stream, IL 60197-5251
13861736     +GM Card - HSBC Card Services,    PO Box 37281,   Baltimore, MD 21297-3281
14517020      NCO PORTFOLIO MANAGEMENT,    c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
14197293     +PYOD LLC its successors and assigns as assignee of,    Citibank,   c/o Resurgent Capital Services,
               PO Box 19008,   Greenville, SC 29602-9008
13861737     +Shell Card Center,    PO Box 689151,   Des Moines, IA 50368-9151
14507893     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:   U.S. Bank N.A.,    P.O. Box 5229,   Cincinnati, OH 45201)
13861738     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:   US Bank,   Cardmember Services,    PO Box 6352,   Fargo, ND 58125)
The following entities were noticed by electronic transmission on Oct 20, 2010.
14138298      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 20 2010 01:47:44     DISCOVER BANK,
               DFS Services LLC,    PO Box 3025,   New Albany, Ohio   43054-3025
13861735      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 20 2010 01:47:42     Discover Card,   PO Box 15192,
               Wilmington, DE 19850
14477400      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 20 2010 01:47:17
               FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
               Oklahoma City, OK   73124-8809
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13861727*     +Capital One,   PO Box 5155,    Norcross, GA 30091-5155
13861733*     +Citi Dividend Platinum Select,    Box 6000,   The Lakes, NV 89163-0001
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 21, 2010**            **Signature:**            _Joseph Speetjens_