# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: KEELE, SHIRLEY A.

Case No.  09-15864
Chapter  7

,

Debtor

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $5,253.00
*(without deducting any secured claims)*

Assets Exempt:   $0.00

Total Distribution to Claimants: $3,682.84

Claims Discharged
Without Payment: $37,804.62

Total Expenses of Administration: $1,320.32

3)  Total gross receipts of $      5,003.16     (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $      0.00      (see **Exhibit 2** ), yielded net receipts of $5,003.16 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,320.32 | 1,320.32 | 1,320.32 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 41,487.46 | 41,487.46 | 3,682.84 |
| **TOTAL DISBURSEMENTS** | $0.00 | $42,807.78 | $42,807.78 | $5,003.16 |

4) This case was originally filed under Chapter 7 on April 30, 2009. The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/03/2011           By: /s/BRADLEY J. WALLER
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Country Company Life Insurance Policy $5,400 cas | 1129-000 | 5,000.00 |
| Interest Income | 1270-000 | 3.16 |
| **TOTAL GROSS RECEIPTS** | | $5,003.16 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | | None | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | 2100-000 | N/A | 1,250.32 | 1,250.32 | 1,250.32 |
| BRADLEY J. WALLER | 2200-000 | N/A | 70.00 | 70.00 | 70.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,320.32 | 1,320.32 | 1,320.32 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 7100-000 | N/A | 3,347.05 | 3,347.05 | 297.12 |
| 2 | CHASE BANK USA | 7100-000 | N/A | 13,186.90 | 13,186.90 | 1,170.60 |
| 3 | PYOD LLC its successors - Citibank | 7100-000 | N/A | 3,554.13 | 3,554.13 | 315.50 |
| 4 | PYOD LLC its successors - Citibank | 7100-000 | N/A | 6,070.99 | 6,070.99 | 538.92 |
| 5 | PYOD LLC its successors - Citibank | 7100-000 | N/A | 2,128.96 | 2,128.96 | 188.99 |
| 6 | PYOD LLC its successors - Citibank | 7100-000 | N/A | 1,167.20 | 1,167.20 | 103.61 |
| 7 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | N/A | 4,288.00 | 4,288.00 | 380.65 |
| 8 | U.S. Bank N.A. | 7100-000 | N/A | 6,963.09 | 6,963.09 | 618.11 |
| 9 | NCO PORTFOLIO MANAGEMENT | 7100-000 | N/A | 781.14 | 781.14 | 69.34 |
| TOTAL GENERAL UNSECURED CLAIMS | | | 0.00 | 41,487.46 | 41,487.46 | 3,682.84 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 09-15864 | **Trustee:** (330500) BRADLEY J. WALLER |
| **Case Name:** KEELE, SHIRLEY A. | **Filed (f) or Converted (c):** 04/30/09 (f) |
| | **§341(a) Meeting Date:** 06/25/09 |
| **Period Ending:** 05/03/11 | **Claims Bar Date:** 09/30/09 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand located at 425 W. Walnut Street, Ap | 80.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account with LaSalle State Bank, 654 Fi | 100.00 | 0.00 | DA | 0.00 | FA |
| 3 | Houshold Goods and furnishings located at 425 We | 500.00 | 0.00 | DA | 0.00 | FA |
| 4 | Clothes located at 425 W. Walnut Street, Apt. 20 | 200.00 | 0.00 | DA | 0.00 | FA |
| 5 | 2 watches located at 425 West Walnut Street, Apt | 10.00 | 0.00 | DA | 0.00 | FA |
| 6 | Country Company Life Insurance Policy with $4,10 | 4,100.00 | 0.00 | DA | 0.00 | FA |
| 7 | Country Company Life Insurance Policy $5,400 cas | 5,400.00 | 5,400.00 | | 5,000.00 | FA |
| 8 | MetLife Pension | Unknown | 0.00 | OA | 0.00 | FA |
| 9 | 1993 Oldsmobile Cutlass located at 425 West Waln | 263.00 | 0.00 | OA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 3.16 | FA |
| 10 | **Assets**      **Totals** (Excluding unknown values) | **$10,653.00** | **$5,400.00** | | **$5,003.16** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**      December 31, 2010      **Current Projected Date Of Final Report (TFR):**      October 16, 2010  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 09-15864 | |
| Case Name: | KEELE, SHIRLEY A. | |
| | | |
| Taxpayer ID #: | **-***2032 | |
| Period Ending: | 05/03/11 | |

| | |
|---|---|
| Trustee: | BRADLEY J. WALLER (330500) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****04-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/16/09 | {7} | Attorney Raymond R. Nolaso | Interest in insurance policy | 1129-000 | 5,000.00 | | 5,000.00 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 5,000.08 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 5,000.29 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 5,000.49 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 5,000.69 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 5,000.90 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 5,001.11 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.19 | | 5,001.30 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.19 | | 5,001.49 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.22 | | 5,001.71 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.03 | | 5,001.74 |
| 04/06/10 | | Wire out to BNYM account 9200******0465 | Wire out to BNYM account 9200******0465 | 9999-000 | -5,001.74 | | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -5,001.74 | 0.00 | |
| Subtotal | 5,001.74 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $5,001.74 | $0.00 | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 09-15864 |
| **Case Name:** | KEELE, SHIRLEY A. |
| **Taxpayer ID #:** | **-***2032 |
| **Period Ending:** | 05/03/11 |

| | |
|---|---|
| **Trustee:** | BRADLEY J. WALLER (330500) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******04-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account *******0465 | Wire in from JPMorgan Chase Bank, N.A. account *******0465 | 9999-000 | 5,001.74 | | 5,001.74 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.23 | | 5,001.97 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.30 | | 5,002.27 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.29 | | 5,002.56 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.30 | | 5,002.86 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.29 | | 5,003.15 |
| 09/13/10 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.01 | | 5,003.16 |
| 09/13/10 | | To Account #9200******0466 | | 9999-000 | | 5,003.16 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 5,003.16 | 5,003.16 | $0.00 |
| Less: Bank Transfers | 5,001.74 | 5,003.16 | |
| **Subtotal** | 1.42 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$1.42** | **$0.00** | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 09-15864 |
| **Case Name:** | KEELE, SHIRLEY A. |
| | |
| **Taxpayer ID #:** | **-***2032 |
| **Period Ending:** | 05/03/11 |

| | |
|---|---|
| **Trustee:** | BRADLEY J. WALLER (330500) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******04-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/13/10 | | From Account #9200******0465 | | 9999-000 | 5,003.16 | | 5,003.16 |
| 11/12/10 | 101 | BRADLEY J. WALLER | Dividend paid 100.00% on $70.00, Trustee Expenses;  Reference: | 2200-000 | | 70.00 | 4,933.16 |
| 11/12/10 | 102 | BRADLEY J. WALLER | Dividend paid 100.00% on $1,250.32, Trustee Compensation;  Reference: | 2100-000 | | 1,250.32 | 3,682.84 |
| 11/12/10 | 103 | DISCOVER BANK | Dividend paid  8.87% on $3,347.05; Claim# 1; Filed: $3,347.05; Reference: | 7100-000 | | 297.12 | 3,385.72 |
| 11/12/10 | 104 | CHASE BANK USA | Dividend paid  8.87% on $13,186.90; Claim# 2; Filed: $13,186.90; Reference: | 7100-000 | | 1,170.60 | 2,215.12 |
| 11/12/10 | 105 | PYOD LLC its successors  - Citibank | Dividend paid  8.87% on $3,554.13; Claim# 3; Filed: $3,554.13; Reference: | 7100-000 | | 315.50 | 1,899.62 |
| 11/12/10 | 106 | PYOD LLC its successors - Citibank | Dividend paid  8.87% on $6,070.99; Claim# 4; Filed: $6,070.99; Reference: | 7100-000 | | 538.92 | 1,360.70 |
| 11/12/10 | 107 | PYOD LLC its successors  - Citibank | Dividend paid  8.87% on $2,128.96; Claim# 5; Filed: $2,128.96; Reference: | 7100-000 | | 188.99 | 1,171.71 |
| 11/12/10 | 108 | PYOD LLC its successors  - Citibank | Dividend paid  8.87% on $1,167.20; Claim# 6; Filed: $1,167.20; Reference: | 7100-000 | | 103.61 | 1,068.10 |
| 11/12/10 | 109 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid  8.87% on $4,288.00; Claim# 7; Filed: $4,288.00; Reference: | 7100-000 | | 380.65 | 687.45 |
| 11/12/10 | 110 | U.S. Bank N.A. | Dividend paid  8.87% on $6,963.09; Claim# 8; Filed: $6,963.09; Reference: | 7100-000 | | 618.11 | 69.34 |
| 11/12/10 | 111 | NCO PORTFOLIO MANAGEMENT | Dividend paid  8.87% on $781.14; Claim# 9; Filed: $781.14; Reference: | 7100-000 | | 69.34 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|
| | | **ACCOUNT TOTALS** | 5,003.16 | 5,003.16 | $0.00 |
| | | Less: Bank Transfers | 5,003.16 | 0.00 | |
| | | **Subtotal** | **0.00** | **5,003.16** | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | **NET Receipts / Disbursements** | **$0.00** | **$5,003.16** | |

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-15864 |
| Case Name: | KEELE, SHIRLEY A. |
| | |
| Taxpayer ID #: | **-***2032 |
| Period Ending: | 05/03/11 |

| | |
|---|---|
| Trustee: | BRADLEY J. WALLER (330500) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******04-66 - Checking Account |
| Blanket Bond: | $5,000,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # ***-*****04-65** | 5,001.74 | 0.00 | 0.00 |
| **MMA # 9200-******04-65** | 1.42 | 0.00 | 0.00 |
| **Checking # 9200-******04-66** | 0.00 | 5,003.16 | 0.00 |
| | $5,003.16 | $5,003.16 | $0.00 |